UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EDWARD EARL McGOWAN            CIVIL ACTION

VERSUS            NO. 04-3277

MEDITERRANEAN SHIPPING CO., ET AL.            SECTION B(5)

ORDER

Before the Court is Defendant's Motion for Summary Judgment (Rec. Doc. No. 20). After review of the pleadings and applicable law,

The Court finds a genuine issue of material fact exists as to whether the vessel master and crew or the stevedore had active control over the gangway at the time of the alleged incident. Accordingly,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**.

New Orleans, Louisiana this 13th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

1